IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:19-CR-00382-FL-2

| UNITED STATES OF AMERICA | ) | ORDER ON |
| --- | --- | --- |
| | ) | DEFENDANT'S MOTION TO |
| | ) | SEAL MOTION TO CONTINUE |
| v. | ) | ARRAIGNMENT AND TO |
| | ) | EXTEND PRETRIAL |
| | ) | DEADLINES |
| SHERRY MARIE RICHMOND, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the motion of Defendant Sherry Marie Richmond to seal her Motion to Continue Arraignment and Extend Pretrial Deadlines (DE 114). Having considered the motion and other matters of record, the Court finds that sealing is necessary to give effect to Local Criminal Rule 11.1, and therefore the motion to seal should be GRANTED. Docket Entry 114 shall remain under seal.

IT IS SO ORDERED.

This the 10th day of December, 2019.

LOUISE W. FLANAGAN
United States District Judge